UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 3:21-mj-0012 DMC |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **Raul Ramirez Morelos** | **(Class B Misdemeanor)** |

Defendant pleaded no contest, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 36 CFR 261.53(e); 36 CFR 261.54(d) CVC 14601, 16028 and 4000 | Possession of Methamphetamine; Drive While License Revoked; No Insurance; and No Registration |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $260.00 , a special assessment of $40.00 , and restitution in the amount of $00.
  ☒ Total financial obligation of $300.00 due immediately or no later than 1/8/2022.

☒ **PROBATION** for a term of 36 months, expiring on 12/7/2024. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

   ☒ **During the term of probation you are prohibited from entering National lands in the Eastern District of California including, but not limited to, lands supervised by the United States Forest Service, Bureau of Land Management, National Park Service and Veteran's Administration.**

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA 95814

Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

DATED: 12/7/2021

*/s/ Dennis M. Cota*
**Dennis M. Cota**
United States Magistrate Judge

CRD Initials: clp